IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC VINCENT ORCHARD,

        Petitioner,

Case No. 2:12-cv-01547-BR

ORDER

    v.

DON MILLS,

        Respondent.

BROWN, Judge.

IT IS ORDERED that Petitioner's Unopposed Motion to Voluntarily Dismiss Habeas Corpus Petition Without Prejudice (#29) is GRANTED.

IT IS SO ORDERED.

DATED this 5th day of August, 2013.

                _____
                ANNA J. BROWN
                United States District Judge

1 - ORDER -